# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas
Plaintiff

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et. al
Defendant

5:24-cv-00204-H
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff The State of Texas

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable. Plaintiff, The State of Texas, is a governmental entity

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

State of Texas, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services, Melanie Fontes Rainer, in her official capacity as Director of the Department of Health and Human Services Office for Civil Rights

|               |                                  |
|---------------|----------------------------------|
| Date:         | 09/04/2024                       |
| Signature:    | /s/ Amy Snow Hilton              |
| Print Name:   | Amy Snow Hilton                  |
| Bar Number:   | 24097834                         |
| Address:      | P.O. Box 12548, Capitol Station  |
| City, State, Zip: | Austin, Texas 78711-2548     |
| Telephone:    | (512) 936-1709                   |
| Fax:          | (512) 499-0712                   |
| E-Mail:       | Amy.Hilton@oag.texas.gov         |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.