IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>   *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH &<br>HUMAN SERVICES, et al.,<br><br>   *Defendants*. | No. 5:24-cv-204-H |

**JOINT MOTION TO ENTER BRIEFING SCHEDULE AND HOLD DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT IN ABEYANCE**

  The parties respectfully move to enter a briefing schedule for dispositive cross-motions and to hold Defendants' deadline to respond to the Complaint in this matter in abeyance. Because this case involves judicial review of administrative agency action pursuant to the Administrative Procedure Act, the parties believe that dispositive cross-motions provide the most efficient method for resolving this case.

  Specifically, the parties respectfully request that the Court enter the following schedule.

- Defendants will produce the administrative records for the two final rules at issue in this matter on or before **November 22, 2024.**

- The parties' dispositive motions will be due on or before **January 17, 2025.**

- The parties' respective opposition briefs will be due **February 14, 2025.**

- The parties' reply briefs in support of their dispositive motions will be due **March 14, 2025.**

For these reasons, the parties request that the Court enter the proposed briefing schedule and hold Defendants' deadline to respond to the Complaint in abeyance.

| | |
|---|---|
| Dated: November 15, 2024 | Respectfully submitted, |
| **KEN PAXTON**<br>Attorney General of Texas | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| **BRENT WEBSTER**<br>First Assistant Attorney General | ERIC B. BECKENHAUER<br>Assistant Branch Director |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | */s/ John T. Lewis*<br>JOHN T. LEWIS (TX Bar No. 24095074)<br>Trial Attorney |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW |
| */s/ Amy Snow Hilton*<br>**AMY SNOW HILTON**<br>Chief, Healthcare Program Enforcement Division<br>Texas Bar No. 24097834<br>Amy.Hilton@oag.texas.gov<br>Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Phone: (512) 936-1709<br>Fax: (512) 499-0712 | Washington, D.C. 20530<br>Tel: (202) 353-0533<br>Fax: (202) 616-8460<br>E-mail: john.t.lewis.iii@usdoj.gov<br><br>*Attorneys for Defendants* |

**Counsel for State of Texas**