UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

No. 5:24-CV-204-H

**ORDER GRANTING MOTION TO ENTER BRIEFING SCHEDULE
AND HOLD DEADLINE TO FILE RESPONSE TO COMPLAINT IN ABEYANCE**

Before the Court is the parties' joint motion to enter a briefing schedule and hold the defendants' deadline to file a response to the complaint in abeyance. Dkt. No. 14. The Court grants the motion.

The defendants will produce the administrative records for the two final rules at issue in this matter on or before November 22, 2024. The parties' dispositive motions will be due on or before January 17, 2025. The parties' respective opposition briefs will be due February 14, 2025. The parties' reply briefs in support of their dispositive motions will be due March 14, 2025. It is further ordered that the defendants' deadline to respond to the plaintiff's complaint is held in abeyance pending further order from this Court.

So ordered on November 18, 2024.

                                              JAMES WESLEY HENDRIX
                                              UNITED STATES DISTRICT JUDGE