UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, et<br>al.,<br><br>　　　　Defendants. | No. 5:24-CV-204-H |

## ORDER

Before the Court is the plaintiff's unopposed motion to extend the briefing schedule in this matter. Dkt. No. 17. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the parties' dispositive motions will be due on or before February 7, 2025. The parties' respective opposition briefs will be due March 7, 2025. The parties' reply briefs in support of their dispositive motions will be due April 4, 2025.

So ordered on January 15, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE