**IN THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| State of Texas, <br><br>     *Plaintiff*, <br><br>   v. <br><br> United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services, <br><br>     *Defendants*. | Civil Action No. 5:24-cv-00204-H |

**PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO INTERVENE**

Pursuant to Fed. R. Civ. P. 24(a) and (b), the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America ("Proposed Intervenor-Defendants") respectfully move for leave to intervene as defendants in the above-captioned case. Proposed Intervenor-Defendants seek to intervene as to both counts. The accompanying Memorandum sets out why the Court should grant Proposed Intervenor-Defendants' motion. A Proposed Order Granting the Motion for Leave to Intervene is attached as Exhibit 1, a Proposed Motion for Summary Judgment Or, In the Alternative, For Summary Judgment is attached as Exhibit 2, a Memorandum in Support of that Motion is attached as Exhibit 3, an appendix in support of that Motion is attached as Exhibit 4, and a Proposed Order granting that Motion is attached as Exhibit 5.

1010789780

| | |
|---|---|
| Date:  January 17, 2025 | Respectfully submitted,<br><br>*/s/ Jennifer R. Ecklund*<br>Jennifer R. Ecklund<br>THOMPSON COBURN LLP<br>2100 Ross Avenue Suite 3200<br>Dallas, Texas 75201<br>(972) 629-7100 (phone)<br>(972) 629-7171 (fax)<br>jecklund@thompsoncoburn.com<br><br>*Counsel to Intervenor-Defendants*<br><br>-and- |
| Shannon Rose Selden – *Pro Hac Vice Pending*<br>Adam Aukland Peck – *Pro Hac Vice Pending*<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, New York 10001<br>(212) 909-6000 (phone)<br>(212) 909-6836 (fax)<br>srselden@debevoise.com<br>aauklandpeck@debevoise.com<br><br>*Counsel to Intervenor-Defendants*<br><br>-and- | Carrie Y. Flaxman – *Pro Hac Vice Pending*<br>Madeline H. Gitomer – *Pro Hac Vice Pending*<br>Emma R. Leibowitz – *Pro Hac Vice Pending*<br>DEMOCRACY FORWARD<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090 (phone)<br>cflaxman@democracyforward.org<br>mgitomer@democracyforward.org<br>eleibowitz@democracyforward.org<br><br>*Counsel to Intervenor-Defendants*<br><br>-and- |
| Anna A. Moody – *Pro Hac Vice Pending*<br>Gabriel A. Kohan – *Pro Hac Vice Pending*<br>DEBEVOISE & PLIMPTON LLP<br>801 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 383-8000 (phone)<br>(202) 383-8118 (fax)<br>amoody@debevoise.com<br>gakohan@debevoise.com<br><br>*Counsel to Intervenor-Defendants* | Aisha Rich – *Pro Hac Vice Pending*<br>PUBLIC RIGHTS PROJECT<br>490 43rd Street, Unit #115<br>Oakland, California 94609<br>(510) 214-6960 (phone)<br>aisha@publicrightsproject.org<br><br>*Counsel to City of Columbus and City of Madison* |

1010789780

## **CERTIFICATE OF CONFERENCE**

I certify that on January 15, 2025, counsel for Proposed Intervenor-Defendants conferred with counsel for Defendants regarding this Motion. Counsel for Defendants stated that they oppose Proposed Intervenor-Defendants' intervention. Proposed Intervenors disagree and so file this motion. I further certify that counsel for Proposed Intervenor-Defendants conferred with Plaintiff's counsel regarding this Motion on January 15, 2025. Counsel for the Plaintiff did not respond with their position on this motion.

*/s/ Jennifer R. Ecklund*
Jennifer R. Ecklund

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Jennifer R. Ecklund*
Jennifer R. Ecklund

1010789780