IN THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| State of Texas,<br><br>   *Plaintiff*,<br><br> v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>   *Defendants*. | Civil Action No. 5:24-cv-00204-H |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO INTERVENE

Upon consideration of the Opposed Motion for Leave to Intervene and Memorandum in Support submitted by the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America, it is hereby ORDERED that the Motion is GRANTED.

**SO ORDERED**

SIGNED January ___, 2025

                       _____

                       **HON. JAMES WESLEY HENDRIX**
                       **UNITED STATES DISTRICT JUDGE**

1010789764