# IN THE UNITED STATES OF AMERICA
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| State of Texas,<br><br>*Plaintiff*,<br><br>v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>*Defendants*,<br><br>and<br><br>City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America,<br><br>*Intervenor-Defendants*. | Civil Action No. 5:24-cv-00204-H |

## INTERVENOR-DEFENDANTS' [PROPOSED] MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Intervenor-Defendants the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America, upon the accompanying Memorandum of Law in Support of Intervenor-Defendants' Motion to Dismiss Or, In the Alternative, for Summary Judgment ("Memorandum of Law"), by and through their undersigned counsel, respectfully move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing all claims in their entirety asserted against Defendants. In the alternative, the Court should enter judgment for Defendants under Federal Rule of Civil Procedure 56(a). Each of the matters required by Rule 56(a) and Local Rule 56.3 are set forth in the Memorandum of Law.

1010768388

| | |
|---|---|
| Date:   January 17, 2025 | Respectfully submitted,<br><br>*/s/ Jennifer R. Ecklund*<br>Jennifer R. Ecklund<br>THOMPSON COBURN LLP<br>2100 Ross Avenue Suite 3200<br>Dallas, Texas 75201<br>(972) 629-7100 (phone)<br>(972) 629-7171 (fax)<br>jecklund@thompsoncoburn.com<br><br>*Counsel to Intervenor-Defendants*<br><br>-and- |
| Shannon Rose Selden – *Pro Hac Vice Pending*<br>Adam Aukland Peck – *Pro Hac Vice Pending*<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, New York 10001<br>(212) 909-6000 (phone)<br>(212) 909-6836 (fax)<br>srselden@debevoise.com<br>aauklandpeck@debevoise.com<br><br>*Counsel to Intervenor-Defendants*<br><br>-and- | Carrie Y. Flaxman – *Pro Hac Vice Pending*<br>Madeline H. Gitomer – *Pro Hac Vice Pending*<br>Emma R. Leibowitz – *Pro Hac Vice Pending*<br>DEMOCRACY FORWARD<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090 (phone)<br>cflaxman@democracyforward.org<br>mgitomer@democracyforward.org<br>eleibowitz@democracyforward.org<br><br>*Counsel to Intervenor-Defendants*<br><br>-and- |
| Anna A. Moody – *Pro Hac Vice Pending*<br>Gabriel A. Kohan – *Pro Hac Vice Pending*<br>DEBEVOISE & PLIMPTON LLP<br>801 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 383-8000 (phone)<br>(202) 383-8118 (fax)<br>amoody@debevoise.com<br>gakohan@debevoise.com<br><br>*Counsel to Intervenor-Defendants* | Aisha Rich – *Pro Hac Vice Pending*<br>PUBLIC RIGHTS PROJECT<br>490 43rd Street, Unit #115<br>Oakland, California 94609<br>(510) 214-6960 (phone)<br>aisha@publicrightsproject.org<br><br>*Counsel to City of Columbus and City of Madison* |

2

1010768388

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Jennifer R. Ecklund*
Jennifer R. Ecklund

1010768388