# IN THE UNITED STATES OF AMERICA
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| State of Texas,<br><br>    *Plaintiff*,<br><br>  v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>    *Defendants*,<br><br>  and<br><br>City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America,<br><br>    *Intervenor-Defendants*. | Civil Action No. 5:24-cv-00204-H |

**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Upon consideration of Intervenor-Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, the motion is hereby **GRANTED.** [This case is hereby **DISMISSED** for lack of subject-matter jurisdiction under Rule 12(b)(1).] / [Judgment is hereby **ENTERED** for Defendants on all of Plaintiff's claims.] The Clerk is directed to **CLOSE** this matter.

**SO ORDERED**

SIGNED January \_\_\_, 2025

 

_____

**HON. JAMES WESLEY HENDRIX**
**UNITED STATES DISTRICT JUDGE**

1010773520