# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| State of Texas<br>*Plaintiff*<br><br>v.<br><br>U.S. Dep't of Health and Hum. Servs., et al.,<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 5:24-CV-00204-H<br>§<br>§<br>§<br>§ |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Debevoise & Plimpton LLP, with offices at

801 Pennsylvania Avenue NW
(Street Address)

Washington DC                                                                 20004
(City)                                (State)                                 (Zip Code)

(202) 383-8000
(Telephone No.)                                                               (Fax No.)

**II.**  Applicant will sign all filings with the name  Anna A. Moody .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Doctors for America
City of Columbus, Ohio
City of Madison, Wisconsin


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of __New York City__, where Applicant regularly practices law.

Bar license number: 4801767        Admission date: 2/3/2010

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Fifth Circuit Court of Appeals | 10/15/2021 | Active |
| D.C. Circuit Court of Appeals | 2/18/2020 | Active |
| United States Supreme Court | 2/20/2019 | Active |
| District of Columbia - Bankruptcy | 8/6/2018 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

 N/A                     N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 Jennifer R. Ecklund (Tex. Bar No. 24045626)                    , who has offices at

 2100 Ross Ave, #3200
(Street Address)

 Dallas                         TX                 75201
(City)                          (State)            (Zip Code)

 (972) 629-7112                  (972) 629-7171
(Telephone No.)                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17    day of January                  , 2025     .

 Anna A. Moody
Printed Name of Applicant

 /s/ Anna A. Moody
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Anna A. Moody - Additional Court Admissions**

1. District of Columbia, admitted 7/7/2017 - Active

2. Southern District of New York, admitted 2/7/2012 – Active

3. Eastern District of New York, admitted 2/7/2012 – Active

4. Massachusetts, admitted 2/3/2010 – Active



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

    I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Anna Augusta Moody

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 3, 2010,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on January 10, 2025.*

*Clerk of the Court*

CertID-00208375



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>PRESIDING JUSTICE | **MARGARET SOWAH**<br>DEPUTY CLERK OF THE COURT |
| **SUSANNA MOLINA ROJAS**<br>CLERK OF THE COURT | **DOUGLAS C. SULLIVAN**<br>DEPUTY CLERK OF THE COURT |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020