**THOMPSON COBURN** LLP

2100 Ross Avenue
Suite 3200
Dallas, TX 75201

972 629 7100 main
972 629 7171 fax
thompsoncoburn.com

**Jenny Ecklund**
972 629 7112 direct
jecklund@thompsoncoburn.com

January 31, 2025

<u>**VIA CM/ECF**</u>

The Honorable James Wesley Hendrix
United States District Court for the
Northern District of Texas
George H. Mahon Federal Building
1205 Texas Avenue, Room 209
Lubbock, TX 79401-4091

   Re: *Texas v. Department of Health and Human Services et al.*, 5:24-cv-00204-H (N.D. Tex.)

Dear Judge Hendrix:

  Proposed Intervenor-Defendants, the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America, write in response to Defendants' Consent Motion to hold all deadlines in abeyance filed yesterday, January 30, 2025. Dkt. No. 39. Should the Court grant this Motion, Proposed Intervenor-Defendants respectfully request that the parties be required to provide notice to the Court if, during the abeyance period, they determine that resolution is warranted. Proposed Intervenor-Defendants additionally request that if the parties make such a determination, they also be required to respond to the intervention motion shortly thereafter.

  Proposed Intervenor-Defendants moved to intervene in part because they believe that the new administration will likely change positions in such a way that may lead to a settlement or other resolution that would impair Proposed Intervenor-Defendants' interests. Proposed Intervenor-Defendants believe that their suggested amendment to Defendants' Motion would allow Defendants to evaluate their position in the case without hindering Proposed Intervenor-Defendants' ability to protect their interests in this litigation.

           Respectfully submitted,

           */s/ Jennifer R. Ecklund*
           Jennifer R. Ecklund
           THOMPSON COBURN LLP
           2100 Ross Avenue Suite 3200
           Dallas, Texas 75201
           (972) 629-7100 (phone)
           (972) 629-7171 (fax)
           jecklund@thompsoncoburn.com

January 31, 2025
Page 2

Shannon Rose Selden – *Pro Hac Vice Pending*
Adam Aukland Peck – *Pro Hac Vice Pending*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Intervenor-Defendants*

-and-

Anna A. Moody – *Pro Hac Vice Pending*
Gabriel A. Kohan – *Pro Hac Vice Pending*
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
amoody@debevoise.com
gakohan@debevoise.com

*Counsel to Intervenor-Defendants*

*Counsel to Intervenor-Defendants*

-and-

Carrie Y. Flaxman – *Pro Hac Vice Pending*
Madeline H. Gitomer – *Pro Hac Vice Pending*
Emma R. Leibowitz – *Pro Hac Vice Pending*
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 (phone)
cflaxman@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org

*Counsel to Intervenor-Defendants*

-and-

Aisha Rich – *Pro Hac Vice Pending*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org

*Counsel to City of Columbus and City of Madison*

cc:   All counsel of record (by CM/ECF)