UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

No. 5:24-CV-204-H

### ORDER HOLDING BRIEFING DEADLINES IN ABEYANCE

Before the Court is the parties' consent motion to hold all pending deadlines in abeyance. Dkt. No. 39. The Court grants the motion. The Court stays the current briefing schedule until further notice. Additionally, the Court orders the defendants to meet and confer with the plaintiff regarding how best to proceed in this case and to file a joint status report by no later than May 1, 2025.

The Court is also in receipt of the proposed intervenor-defendants' notice regarding its position on the motion to hold deadlines in abeyance. Dkt. No. 40. The Court will order a briefing schedule on the motion to intervene (Dkt. No. 26) after the parties file their joint status report.

So ordered on January 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE