UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et
al.,

    Defendants.

No. 5:24-CV-204-H

## ORDER

Before the Court are the applications for admission pro hac vice of Anna A. Moody (Dkt. No. 29), Adam Aukland-Peck (Dkt. No. 30), Aisha Rich (Dkt. No. 31), Gabriel Kohan (Dkt. No. 32), Shannon Rose Selden (Dkt. No. 33), Carrie Y. Flaxman (Dkt. No. 34), Emma R. Leibowitz (Dkt. No. 35), and Madeline H. Gitomer (Dkt. No. 36). The applications are granted. The Clerk of Court shall deposit the admission fees to the account of the Non-Appropriated Fund of this Court. If the above counsel have not already done so, each must register as an ECF user within 14 days. *See* Loc. Civ. R. 5.1(f).

In addition, before the Court is the proposed intervenors-defendants' motion to waive the local counsel requirements set forth in Local Civil Rule 83.10. Dkt. No. 28. The certificate of conference states that counsel for the plaintiff did not respond with a position on the motion, so the motion is presumed opposed. Loc. Civ. R. 7.1(b)(3). For the reasons stated in the motion, the motion to waive the local counsel requirements (Dkt. No. 28) is granted.

So ordered on February 4, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE