**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>   *Plaintiff*,<br> v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>   *Defendants*. | No. 5:24-cv-204-H |

**JOINT STATUS REPORT**

On January 31, 2025, the Court granted defendants' consent motion to hold all deadlines in abeyance to allow incoming leadership personnel at the Department of Health and Human Services ("HHS") time to evaluate the agency's position in this case and determine how best to proceed. *See* ECF Nos. 39, 42. The Court also ordered the parties to submit a joint status report no later than May 1, 2025. *See* ECF No. 42. Pursuant to that order, the parties have conferred and, in the interest of conserving judicial and party resources, respectfully request that the Court continue to stay proceedings in this matter. The parties propose that they meet and confer and file another joint status report no later than May 12, 2025, addressing whether this case should remained stayed and, if necessary, proposing appropriate next steps.

Dated: May 1, 2025     Respectfully submitted,

            **KEN PAXTON**
            Attorney General of Texas

            **BRENT WEBSTER**
            First Assistant Attorney General

            **RALPH MOLINA**
            Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

/s/ *Amy Snow Hilton*
**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division
Texas Bar No. 24097834
Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-1709
Fax: (512) 499-0712
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ *Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*