UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>  Defendants. | No. 5:24-CV-204-H |

### ORDER

Before the Court is the parties' joint status report concerning their efforts to confer on how best to proceed in this case. Dkt. No. 44. The parties request that they be granted additional time, until May 12, 2025, to file another joint status report addressing whether the case should remain stayed and any appropriate next steps. *Id.* The request is granted. The parties shall meet and confer and file an updated joint status report by no later than May 12, 2025, addressing whether the case should remain stayed and any proposed appropriate next steps.

So ordered on May __2__, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE