# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, *Defendants*. | No. 5:24-cv-204-H |

## JOINT STATUS REPORT

Pursuant to the Court's order of May 2, 2025, ECF No. 45, the parties respectfully report that they have conferred and agree to the following proposed briefing schedule:

- The State of Texas's combined opposition to defendants' motion to dismiss or, in the alternative, for summary judgment, *see* ECF No. 19, and cross-motion for summary judgment is due on June 9, 2025;

- Defendants' combined opposition to Texas's motion for summary judgment and reply in support of their dispositive motion is due on June 30, 2025;

- Texas's reply in support of its motion for summary judgment is due on July 11, 2025.

The parties appreciate the Court's consideration.

Dated: May 12, 2025                 Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

*/s/ Amy S. Hilton*
**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division
Texas Bar No. 24097834
Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-1709
Fax: (512) 499-0712
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*