UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | No. 5:24-CV-204-H |

## ORDER

Before the Court is the joint status report of the parties proposing a briefing schedule in this matter. Dkt. No. 46. Also before the Court is the proposed intervenor-defendants' motion to intervene. Dkt. No. 26.

The proposed intervenor-defendants are ordered to, by no later than May 20, 2025, file a notice regarding whether they still wish to intervene in light of the defendants' decision to prosecute the case (*see* Dkt. No. 46) and, if so, whether they continue to seek intervention as of right, permissive intervention, or both.

If the proposed intervenor-defendants' notice advises that they still seek to intervene, the plaintiff and the defendants are ordered to file their respective briefs in opposition to the motion to intervene (Dkt. No. 26) by no later than 14 days after the proposed intervenor-defendants file their notice.

So ordered on May 13, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE