UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et
al.,

    Defendants.

No. 5:24-CV-204-H

## ORDER GRANTING MOTION TO ENTER BRIEFING SCHEDULE

Before the Court is the parties' joint status report requesting that the Court enter a briefing schedule. Dkt. No. 46. The Court grants the parties' request. Texas's combined opposition to the defendants' motion to dismiss or, in the alternative, for summary judgment (Dkt. No. 19) and cross-motion for summary judgment are due on June 9, 2025. The defendants' combined opposition to Texas's motion for summary judgment and reply in support of their dispositive motion are due on June 30, 2025. Texas's reply in support of its motion for summary judgment is due on July 11, 2025.

If the Court grants the proposed intervenor-defendants' motion to intervene (Dkt. No. 26), a separate briefing schedule will govern responses and replies to the intervenor-defendants' dispositive motion (*see* Dkt. No. 26-2).

So ordered on May 13, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE