IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>   *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>   *Defendants*. | No. 5:24-cv-204-H |

**DEFENDANTS' NOTICE OF FILING OF
SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

  Defendants respectfully file the attached supplement to the administrative record for the *HIPAA Privacy Rule to Support Reproductive Health Care Privacy*, 89 Fed. Reg. 32976 (Apr. 26, 2024), consisting of documents inadvertently omitted from the materials previously produced to plaintiffs and filed with the Court, ECF Nos. 16, 21–24. The omitted documents are appended to this notice, along with a supplemental index to the administrative record.

Dated: May 15, 2025

            Respectfully submitted,

            YAAKOV M. ROTH
            Acting Assistant Attorney General

            ERIC B. BECKENHAUER
            Assistant Branch Director

            */s/ Jody D. Lowenstein*
            JODY D. LOWENSTEIN
            Mont. Bar No. 55816869
            Trial Attorney
            U.S. Department of Justice
            Civil Division, Federal Programs Branch
            1100 L Street NW
            Washington, DC 20005
            Phone: (202) 598-9280

Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On May 15, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice