UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; MELANIE FONTES RAINER, in her official capacity as Director of the Department of Health and Human Services Office for Civil Rights,<br>    *Defendants*. | CIVIL ACTION No. 5:24-CV-00204 |

**INDEX TO TEXAS'S APPENDIX (DKTS. 58 & 59)**

| Exhibit | Description | Appendix No. |
|---|---|---|
| Exhibit 1 | Declaration of Ruth Thornton | Appx. 001 - 003 |
| Exhibit 2 | Declaration of Manda Hall, M.D. | Appx. 004 - 007 |
| Exhibit 3 | Declaration of Chelsea Wallace | Appx. 008 - 013 |
| Exhibit 4 | *The State of Texas v. May C. Lau, M.D.*, Cause No. 493-07676-2024, Collin County, Texas 493rd Judicial District Court<br><br>Plaintiff's Verified Original Petition and Request for an Application for Temporary and Permanent Injunctions | Appx. 014 - 050 |
| Exhibit 5 | *State v. May C. Lau, M.D.*, Cause No. 493-07676-2024, Collin County, Texas 493rd Judicial District Court<br><br>Non-Party Children's Health's Objections to Subpoenas for Production of Documents, and Motion for Protective Order | Appx. 051 - 091 |

| Exhibit | Description | Appendix No. |
|---|---|---|
| Exhibit 6 | *In the matter of ESI Mail Pharmacy Service, Inc.*, Cause No. DC-25-08179, Dallas County, Texas 162nd Judicial District Court<br><br>ESI Mail Pharmacy Service, Inc.'s Rule 176.6e Motion for Protective Order | Appx. 092 - 156 |
| Exhibit 7 | *Nonparty Patient No. 1 et al. v. The State of Texas*, Cause No. DC-25-07810, Dallas County, Texas 95th Judicial District Court<br><br>Petition for Motion for Protection from Pharmacy Discovery Subpoena | Appx. 157 - 230 |
| Exhibit 8 | *Nonparty Patient No. 1 v. The State of Texas*, Cause No. 2025CI11287, Bexar County, Texas 285th Judicial District Court<br><br>Petition for Motion for Protection from Pharmacy Discovery Subpoena | Appx. 231 - 304 |
| Exhibit 9 | *Nonparty Patient No. 1 et al. v. The State of Texas*, Cause No. D-1-GN-25-003645, Travis County, Texas 250th Judicial District Court<br><br>Petition for Motion for Protection from Pharmacy Discovery Subpoena | Appx. 305 - 378 |
| Exhibit 10 | *The State of Texas v. M. Brett Cooper, M.D.*, Cause No. 493-08026-2024, Collin County, Texas 493rd Judicial District Court<br><br>Plaintiff's Verified Original Petition and Request for Temporary and Permanent Injunctions | Appx. 379 - 413 |
| Exhibit 11 | *Nonparty Patient No. 1 et al. v. The State of Texas*, Cause No. DC-25-07984, Dallas County, Texas 193rd Judicial District Court<br><br>Petition for Motion for Protection from Pharmacy Discovery Subpoenas | Appx. 414 - 486 |

| Exhibit | Description | Appendix No. |
|---|---|---|
| Exhibit 12 | *Nonparty Patient No. 1 et al. v. The State of Texas*, Cause No. D-1-GN-25-003646, Travis County, Texas 261st Judicial District Court<br><br>Petition for Motion for Protection from Pharmacy Discovery Subpoenas | Appx. 487 - 559 |
| Exhibit 13 | May 31, 2025, Emails between OAG and Kroger re: Attestation for Requested Use or Disclosure of PHI | Appx. 560 - 565 |
| Exhibit 14 | April 22, 2024, X post from Secretary Xavier Becerra | Appx. 566 - 567 |

Dated: June 10, 2025                       Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**KATHERINE PITCHER**
Assistant Attorney General
Healthcare Program Enforcement Division
Texas Bar No. 24143894
Katherine.Pitcher@oag.texas.gov

Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-1709
Fax: (512) 499-0712

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served via the Court's electronic filing system on this 10th day of June, 2025 to all counsel of record.

*/s/ Amy Snow Hilton*