IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, *Defendants*. | No. 5:24-cv-204-H |

**JOINT MOTION TO STAY PROCEEDINGS**

On June 18, 2025, Judge Kacsmaryk issued an order and judgment in *Purl v. HHS*, No. 2:24-cv-228 (N.D. Tex.), universally vacating all but a few provisions of the *HIPAA Privacy Rule to Support Reproductive Health Care Privacy*, 89 Fed. Reg. 32976 (Apr. 26, 2024)—the same rule that the State of Texas challenges in this case. *See Purl v. HHS*, 2025 WL 1708137, at *28 (N.D. Tex. June 18, 2025).[1] The government is currently evaluating whether to appeal from that order, *see* 28 C.F.R. § 0.20(b) (requiring that the Solicitor General authorize any appeal taken by the government), and the deadline to file a notice of appeal is August 18, 2025, *see* Fed. R. App. P. 4(a)(1)(B).

In light of this development, the parties respectfully request that this Court stay further proceedings in this matter while the government determines whether to appeal in *Purl*. The parties submit that the proposed stay will both promote judicial economy and preserve their resources, *see Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."), and, depending on the course of events

---

[1] The court in *Purl* severed unchallenged provisions of the Rule that pertain to substance use disorder records. *See* 2025 WL 1708137, at *30–31.

1

in *Purl*, further proceedings in this Court may be unnecessary, *see Spell v. Edwards*, 962 F.3d 175, 179 (5th Cir. 2020) ("Once the law is off the books, there is nothing injuring the plaintiff and, consequently, nothing for the court to do.").

In the event the Court grants this motion, the parties have agreed to meet and confer and file a joint status report no later than August 25, 2025, addressing whether the Court should continue to stay proceedings and proposing any appropriate next steps. A proposed order is attached.

Dated: June 27, 2025                Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division
Texas Bar No. 24097834
Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-1709
Fax: (512) 499-0712
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Jody D. Lowenstein*

2

                    JODY D. LOWENSTEIN
                    Mont. Bar No. 55816869
                    Trial Attorney
                    U.S. Department of Justice
                    Civil Division, Federal Programs Branch
                    1100 L Street NW
                    Washington, DC 20005
                    Phone: (202) 598-9280
                    Email: jody.d.lowenstein@usdoj.gov

                    *Attorneys for Defendants*