UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

No. 5:24-CV-204-H

## ADMINISTRATIVE CLOSURE ORDER

Before the Court is the parties' joint motion to stay this proceeding. Dkt. No. 64. The parties request that the Court stay this case while the federal government determines whether to appeal the order entered in *Purl v. HHS*, No. 2:24-CV-228 (N.D. Tex.), that vacated the 2024 Rule. The Court agrees that a stay is appropriate under these circumstances and grants the motion to stay (Dkt. No. 64).

Accordingly, the Clerk of Court shall administratively close this case until the stay is lifted. The parties shall submit a joint status report by no later than August 25, 2025, regarding whether the Court should continue to stay the proceedings and proposing how to proceed in this matter.

The Clerk of Court is directed to terminate all pending motions (Dkt. Nos. 19; 26).

So ordered on July __1__, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE