UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

No. 5:24-CV-204-H

## ORDER

Before the Court is the parties' joint status report requesting that the stay previously ordered in this case (Dkt. No. 66) be continued pending the resolution of the appeal of a motion to intervene in *Purl v. HHS*, No. 2:24-CV-228, Dkt. No. 120 (N.D. Tex.). The request is granted. The Court will continue to stay proceedings until the appeal in *Purl* is resolved. The Court further orders that the parties shall meet and confer and file an updated joint status report by no later than November 20, 2025 addressing whether the case should remain stayed and any proposed appropriate next steps.

So ordered on August 28, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE