UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br>    *Defendants*. | CIVIL ACTION NO. 5:24-CV-00204-H |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE JAMES WESLEY HENDRIX:

The Parties respectfully submit this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing all claims in the complaint (Dkt. 1) against Defendants without prejudice. Each party will bear its own fees and costs. The Parties respectfully request that the Court close this case.

Dated: November 20, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division

      Texas Bar No. 24097834
      Amy.Hilton@oag.texas.gov

      */s/ Katherine Pitcher*
      **KATHERINE PITCHER**
      Assistant Attorney General
      Healthcare Program Enforcement Division
      Texas Bar No. 24143894
      Katherine.Pitcher@oag.texas.gov

      Office of the Attorney General of Texas
      Healthcare Program Enforcement Division
      P.O. Box 12548, Capitol Station
      Austin, Texas 78711-2548
      Phone: (512) 940-8425
      Fax: (512) 499-0712

      **COUNSEL FOR THE STATE OF TEXAS**

      BRETT A. SHUMATE
      Assistant Attorney General
      Civil Division

      ERIC B. BECKENHAUER
      Assistant Branch Director

      */s/ Jody D. Lowenstein*
      JODY D. LOWENSTEIN
      Mont. Bar No. 55816869
      Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      1100 L Street NW
      Washington, DC 20005
      Phone: (202) 598-9280
      Email: jody.d.lowenstein@usdoj.gov

      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                            */s/ Katherine Pitcher*
                                            KATHERINE PITCHER
                                            Assistant Attorney General