UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.                                                                                    No. 5:24-CV-204-H

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et
al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 71. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendants are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on November 24, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE